WILLIAM R. GIBBS, TRADING AND DOING BUSINESS AS GREENSBORO CUT STONE WORKS, v. HIGH POINT, THOMASVILLE AND DENTON RAILROAD COMPANY.

(Filed 20 August, 1930.)

CIVIL ACTION, before *Lyon, Emergency Judge,* at November Term, 1929, of GUILFORD.

The plaintiff instituted action against the defendant as delivering carrier for damage to a certain shipment of stone. The stone was shipped from Colitic, Indiana, on or about 23 February, 1927, on a through bill of lading. There was a verdict for the plaintiff and the defendant appealed.

*Kenneth M. Brim for plaintiff.*
*James B. Lovelace for defendant.*

PER CURIAM. The judgment is affirmed upon the authority of *Brown v. Express Co.,* 192 N. C., 25, 133 S. E., 414, and *Sumrell v. R. R.,* 152 N. C., 269, 67 S. E., 585.

No error.

---

C. A. ISENHOUR, ADMINISTRATOR OF KENNETH E. MICHAEL, v. FRANK EFIRD.

(Filed 20 August, 1930.)

CIVIL ACTION for wrongful death, before *Stack, J.,* at October Term, 1929, of CABARRUS.

The plaintiff instituted an action against the defendant for wrongful death resulting from an automobile collision upon a public highway. Judgment was duly rendered upon the verdict in favor of the plaintiff and the defendant appealed.

*Hartsell & Hartsell for plaintiff.*
*John M. Robinson and Hunter M. Jones for defendant.*

PER CURIAM. There was sufficient evidence of negligence to be submitted to the jury.

The evidence as to the earnings of deceased while law librarian at the University of West Virginia was weak and uncertain, but it cannot be said as a matter of law, that the testimony objected to constituted no evidence at all. *Smith v. Coach Line,* 191 N. C., 589, 132 S. E.,